468

JOSEPH SAIA, PLAINTIFF-RESPONDENT, v. GEORGE BEL-
LIZIO, d/b/a BELLIZIO MACHINE CO., *ET AL.*, DEFEND-
ANTS-PETITIONERS.

*Messrs. Schenck, Price, Smith & King, Mr. Alten W. Read,
Mr. Clifford W. Starret* and *Mr. George J. Benson* for the
petitioners.

*Mr. John V. Burns* for the respondent.

April 30, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
CRAIG R. WAITT, DEFGENDANT-PETITIONER.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Stephen E.
Barcan* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. Thomas L. Yaccarino*
for the respondent.

April 30, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF - RESPONDENT, v.
WILLIE LEE BROWN, DEFENDANT-PETITIONER.

See same case below: 99 *N. J. Super.* 22.

*Mr. Sam Weiss* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Barry H. Evenchick* for the
respondent.

April 30, 1968. Denied.